JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN, | Case No.: SACV 08-00420 MWF (SSx) |
| Plaintiff, | Hon. Michael W. Fitzgerald |
| vs. | |
| SHERIFF MICHAEL S. CARONA; Deputy CAPT. D. BERGQUIST; Deputy LT. W. GRIFFIN; Deputy LT. T. GALLIVAN; Deputy SGT. PEPE; Deputy SGT. CURRY; Deputy P. KINNEY; Deputy BALTODANO; Deputy MILLER; Deputy ZWIRNER; Deputy GARNETT; | **JUDGMENT AFTER JURY TRIAL** |
| Defendants. | |

On December 3, 2012, the above matter came on for jury trial between plaintiff LAWTIS DONALD RHODEN and defendants SHERIFF MICHAEL S. CARONA, DEPUTY CAPT. BERGQUIST, DEPUTY LT. GRIFFIN, DEPUTY LT. GALLIVAN, DEPUTY SGT. PEPE, DEPUTY SGT. CURRY, DEPUTY KINNEY, DEPUTY BALTODANO, DEPUTY MILLER, DEPUTY ZWIRNER, and DEPUTY GARNETT. The matter was tried before the Honorable Michael W. Fitzgerald, in the above-captioned court. Plaintiff LAWTIS DONALD RHODEN was represented by his attorney Andrew Joseph Sokolowski. Defendants were represented by their attorneys David D. Lawrence and Daniel S. Cha.

After hearing the evidence and the arguments of counsel, the case was submitted to the jury. The jury deliberated, and on December 11, 2012, after returning into court and being called the jurors rendered their unanimous verdict in writing on the issue of liability in favor of defendants SHERIFF MICHAEL S. CARONA, DEPUTY CAPT. BERGQUIST, DEPUTY LT. GRIFFIN, DEPUTY LT. GALLIVAN, DEPUTY SGT. PEPE, DEPUTY SGT. CURRY, DEPUTY KINNEY, DEPUTY BALTODANO, DEPUTY MILLER, DEPUTY ZWIRNER, and DEPUTY GARNETT.

Pursuant to Rules 54(a) and 58(b)(2)(A) of the Federal Rules of Civil Procedure, by reason of the referenced verdict, and by reason of the Court's prior orders in this action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Judgment is entered in favor of defendants SHERIFF MICHAEL S. CARONA, DEPUTY CAPT. BERGQUIST, DEPUTY LT. GRIFFIN, DEPUTY LT. GALLIVAN, DEPUTY SGT. PEPE, DEPUTY SGT. CURRY, DEPUTY KINNEY, DEPUTY BALTODANO, DEPUTY MILLER, DEPUTY ZWIRNER, and DEPUTY GARNETT; and

1  Plaintiff LAWTIS DONALD RHODEN shall take nothing by way of his complaint against defendants SHERIFF MICHAEL S. CARONA, DEPUTY CAPT. BERGQUIST, DEPUTY LT. GRIFFIN, DEPUTY LT. GALLIVAN, DEPUTY SGT. PEPE, DEPUTY SGT. CURRY, DEPUTY KINNEY, DEPUTY BALTODANO, DEPUTY MILLER, DEPUTY ZWIRNER, and DEPUTY GARNETT; and

Defendants SHERIFF MICHAEL S. CARONA, DEPUTY CAPT. BERGQUIST, DEPUTY LT. GRIFFIN, DEPUTY LT. GALLIVAN, DEPUTY SGT. PEPE, DEPUTY SGT. CURRY, DEPUTY KINNEY, DEPUTY BALTODANO, DEPUTY MILLER, DEPUTY ZWIRNER, and DEPUTY GARNETT are prevailing parties for the purpose of any recovery of allowed costs as set forth in Local Civil Rule 54.

**IT IS SO ORDERED.**

DATED:   December 12, 2012

_____
MICHAEL W. FITZGERALD
United States District Judge